JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JEFFREY THOMPSON, | Case No. CV 18-02162-PSG (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| R. BINKELE, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed with prejudice.

Date: 10/21/2020

PHILIP S. GUTIERREZ
Chief United States District Judge